Jacob Michalik, administrator of the estate of Stanley Michalik, deceased, appellee, v. City of Chicago, appellant. Gen. No. 38,913.

Opinion filed October 13, 1936.

Barnet Hodes, Corporation Counsel, and A. M. Smietanka, City Attorney, for appellant; John J. Sullivan and Lionel J. Berc, Assistant Corporation Counsel, of counsel. Samuel M. Kane and Leo Segall, for appellee; Leo Segall, of counsel.

Mr. Justice McSurely delivered the opinion of the court.